**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
UNITED STATES OF AMERICA,           )
                                                    )
          v.                                        )          Civil Action No. 13-CR-0244 (KBJ)
                                                    )
WESLEY HAWKINS,                          )
                                                    )
          Defendant.                             )
_____ )

## ORDER

In a hearing before Magistrate Judge John M. Facciola on September 5, 2013, Defendant Wesley Hawkins entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept Defendant's plea. The Court has received no objection to the Report and Recommendation. *See* LCrR 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof.") Accordingly, the Courts hereby **ADOPTS** the recommendation of the magistrate judge and accepts Defendant's guilty plea.

In addition, a sentencing hearing for Defendant is currently scheduled for November 21, 2013. The Court hereby **ORDERS** that any memoranda in aid of sentencing shall be filed by November 7, 2013, and any responses by November 14, 2013.

          **SO ORDERED.**

_Ketanji Brown Jackson_
KETANJI BROWN JACKSON
United States District Judge

DATE: October 3, 2013